n

William H. Ball
P.O. Box 90051
Henderson, NV. 89009
951-923-9498

FILED   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 08 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WILLIAM H. BALL )
Plaintiff )
)
Vs. )  Case number
)
)
) COMPLAINT AND JURY DEMAND
)
NC RED ROCK LLC )
Dba Red Rock Station )  **2:24-cv-1448**
Defendant )

Plaintiff, William H. Ball (Ball) hereby submits the following Complaint against Defendant NP Red Rock LLC dba Red Rock Station (Station)

1. In 2023 Ball applied through Indeed for a table games floorperson with Station which Station had advertised through Indeed. Ball provided a resume which indicated that Ball had more than 19 years of experience in the job being advertised by Station.

2. Ball is a 74-year-old man with 19 years of experience as a table games floorperson and several more years of experience as a dual rate dealer and floorperson.

3. Station never contacted Ball for an interview during 2023 or 2024 and Ball was not given an opportunity to interview with Station for a position as open Table Games Floorperson even though Ball was highly qualified for the position.

4. To the best of Ball's knowledge, at the time of Ball's application with Station, Station did not immediately fill the table games floorperson position and continued to for the position.

COMPLAINT

n

5. The decision by Station not to consider Ball as a candidate for a position Table Games Floorperson was made because of Ball's age and was made in violation of federal and state law entitling Ball to actual damages in an amount to be proved at trial but not less than $500,000.

6. The failure to consider Ball for the positions as a table games floorperson were taken with knowledge of Ball's rights pursuant to federal and state law and entitled Ball to exemplary damages from Station in an amount to be proved at trial but not less than $1,000,000.

WHEREFORE Ball preys for judgement as set forth below:

    A. Actual damages in an amount not less than $500,000,

    B. Exemplary damages in an not less than $1,000,000,

    C. Attorney's fees and such other costs as the court deems appropriate.

DATED this _____ day of ___August___, 2024

_____
William H. Ball

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury for all issues in this case.

DATED this _____ day ___August___, 2024

_____
William H. Ball

COMPLAINT