# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NC RED ROCK LLC,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01448-CDS-NJK<br><br>**ORDER** |

The Court issued an order for Plaintiff to show cause in light of the failure to attach a right to sue letter to the complaint. Docket No. 3. Plaintiff has now filed an amended complaint with a right to sue letter. Docket No. 9. Accordingly, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: September 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge